FILED'06 NOV 13 16:16USDC-ORE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| ARTHUR MYERS, | Civil No.   05-6198-AA |
|---|---|
| Plaintiff, | |
| v. | PROPOSED ORDER FOR EAJA FEES AND COSTS |
| JO ANNE B. BARNHART, Commissioner of Social Security, Defendant. | |

Upon consideration of the parties' Stipulation for Award of Attorney Fees and Costs, the Defendant not opposing said motion, and the Court agreeing that fees should be awarded under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412, and that costs should be awarded pursuant to 28 U.S.C. § 1920, good cause having been shown, now, therefore, it is hereby ORDERED that Plaintiff's attorney, Alan Graf is hereby awarded attorney fees of $7,499.99, under the EAJA, 28 U.S.C. § 2412, and costs of $250 under 28 U.S.C. § 1920.

///

IT IS SO ORDERED this \_\_\_9\_\_\_ day of \_\_November\_\_, 2006.

_____
UNITED STATES DISTRICT JUDGE


PRESENTED BY:

KARIN J. IMMERGUT, OSB 96314
United States Attorney
District of Oregon

NEIL J. EVANS, OSB 96551
Assistant United States Attorney


s/ Nancy A. Mishalanie
NANCY A. MISHALANIE
Special Assistant United States Attorney
(206) 615-3619
Of Attorneys for Defendant