Alan Stuart Graf, OSB # 92317
alangraf@aracnet.com
PO Box 98
Summertown, TN 38483
Telephone: 931-964-3123
Fax: 931-964-3127
Attorneys for Plaintiff

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF OREGON

| | |
|---|---|
| ARTHUR MYERS, | CV 05-6198-AA |
| Plaintiff, | |
| v. | ORDER GRANTING ATTORNEYS' FEES UNDER 42 U.S.C. § 406(b) |
| JO ANNE B. BARNHART Commissioner of Social Security, | |
| Defendant. | |

Attorneys' fees in the amount of $9,718.25 are hereby awarded to Plaintiff's attorney

pursuant to 42 U.S.C. § 406(b). The court finds that this is a reasonable fee in light of the

circumstances in this case. Previously, this court awarded Plaintiff attorney fees in the

amount of $7,499.99 under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412.

When issuing the 406(b) check for payment to Plaintiff's attorneys, the Commissioner is

directed to subtract the amount previously awarded under the EAJA and send Plaintiff's

attorney the balance of $2,218.26 minus any applicable processing fees as allowed by

statute.

DATED this 25 day of January, 2007.

United States Magistrate Judge

Presented by:

 /s/ Alan Graf
Alan Graf
Of Attorneys for Plaintiff

ORDER GRANTING ATTORNEYS' FEES